# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL ) <br>    CASUALTY INSURANCE COMPANY, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RIVER CITY ROOFING, LLC, *et al.*, ) <br> ) <br>         Defendants. ) <br> ) | C. A. No. 3:21cv365 |

## MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 3, 2022 OPINION AND ORDER UNDER RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

As provided under Rule 54(b) of the Federal Rules of Civil Procedure, the plaintiff, Pennsylvania National Mutual Casualty Insurance Company ("Penn National"), by counsel, hereby moves that the Court reconsider its March 3, 2022 memorandum opinion and order granting, in part, and denying, in part, Penn National's motion for summary judgment against defendant Branch Builds, Inc. ("Branch," and collectively with Penn National, the "Parties"). (Dkt. 48, Dkt. 49.)

For the reasons set forth in Penn National's supporting memorandum of law filed concurrently herewith and incorporated herein, by reference, Penn National respectfully prays that the Court grant this Motion and enter an Order amending its March 3, 2022 Order, to enter final judgment in Penn National's favor.

WHEREFORE, Penn National respectfully prays that the Court enter an Order, ADJUDGING, ORDERING and DECREEING that:

(1) The Motion is GRANTED;

- 2 -

(2) The Court's March 3, 2022 memorandum opinion and order be amended to hold that Penn National has no duty of indemnification with respect to Branch's co-defendant in this action, River City Roofing, LLC ("River City");

(3) Penn National has no duty to pay any amount whatsoever to Branch in connection with the underlying lawsuit between Branch and River City;

(4) Final judgment is entered in this action in Penn National's favor; and

(5) Penn National is awarded all such other and further relief as the Court deems just.

Respectfully submitted,

**PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY**

By: SETLIFF LAW, P.C.

/s/ Kevin T. Streit
Of Counsel

Kevin T. Streit (VSB No. 45024)
SETLIFF LAW, P.C.
4940 Dominion Boulevard
Glen Allen, Virginia 23060
(804) 377-1260
(804) 377-1280 (facsimile)
kstreit@setlifflaw.com
*Counsel for Pennsylvania National
   Mutual Casualty Insurance Company*

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of March, 2022, a true copy of the foregoing was transmitted to the following via the Court's ECF system:

> Kenneth F. Hardt, Esq.
> Sinnott, Nuckols & Logan, P.C.
> 13811 Village Mill Road
> Midlothian, Virginia 23114
> khardt@snllaw.com
> *Counsel for Branch Builds, Inc.*

                         /s/ Kevin T. Streit
                Kevin T. Streit (VSB No. 45024)
                SETLIFF LAW, P.C.
                4940 Dominion Boulevard
                Glen Allen, Virginia 23060
                (804) 377-1260
                (804) 377-1280 (facsimile)
                kstreit@setlifflaw.com
                *Counsel for Pennsylvania National Mutual*
                    *Casualty Insurance Company*