IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**PENNSYLVANIA NATIONAL MUTUAL**
    **CASUALTY INSURANCE COMPANY**

        **Plaintiff**

v.                                                            C.A. No. 3:21-cv-00365

**RIVER CITY ROOFING, LLC., et al.**

        **Defendants**

## BRANCH BUILDS, INC.'s MOTION FOR RECONSIDERATION

Branch Builds, Inc. ("Branch"), by counsel, moves this Court to reconsider its Order (Docket No. 49) (as explained in the accompanying memorandum opinion (Docket No. 48)) relating to Penn National Mutual Insurance Casualty Insurance Company's ("Penn National") Motion for Summary Judgment. The reasons for this Motion are set forth in the accompanying Memorandum in Support.

WHEREFORE, Branch asks this Court to reconsider its Order; deny Penn National's Motion for Summary Judgment; and find that Penn National has a duty to defend River City Roofing in the underlying action.

1

          BRANCH BUILDS, INC.

By:     /s/ Kenneth F. Hardt
Kenneth F. Hardt, Esq. (VSB #23966)
Sinnott Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3861 (Hardt)
(804) 378-2610 (Facsimile)
khardt@snllaw.com
*Counsel for Branch Builds, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 22nd day of March, 2022, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Kevin T. Streit, Esquire
SETLIFF LAW, P.C.
4940 Dominion Boulevard
Glen Allen, VA 23060
(804) 377-1260
(804) 377-1280 (Facsimile)
kstreit@setlifflaw.com
*Counsel for Pennsylvania National*
*Mutual Casualty Insurance Company*

By:     /s/ Kenneth F. Hardt
Kenneth F. Hardt, Esq. (VSB #23966)
Sinnott Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3861 (Hardt)
(804) 378-2610 (Facsimile)
khardt@snllaw.com
*Counsel for Branch Builds, Inc.*