IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**PENNSYLVANIA NATIONAL MUTUAL**
    **CASUALTY INSURANCE COMPANY**

    **Plaintiff**

v.                                                                                  C.A. No. 3:21-cv-00365

**RIVER CITY ROOFING, LLC., et al.**

    **Defendants**

## BRANCH BUILDS, INC.'s MEMORANDUM IN OPPOSITION TO PENN NATIONAL MUTUAL INSURANCE COMPANY'S MOTION FOR RECONSIDERATION

Branch Builds, Inc. ("Branch"), opposes Penn National Mutual Insurance Company's Motion for Reconsideration ("Penn National")(Docket # 52), for the reasons set forth in Branch's Memorandum in Support of its Motion to Reconsider (Docket # 55), which are incorporated herein by reference.

WHEREFORE, Branch asks this Court to deny Penn National's Motion for Reconsideration.

                                                                  BRANCH BUILDS, INC.


                                              By:    /s/ Kenneth F. Hardt
                                                    Kenneth F. Hardt, Esq. (VSB #23966)
                                                    Sinnott Nuckols & Logan, P.C.
                                                    13811 Village Mill Drive
                                                    Midlothian, Virginia 23114
                                                    (804) 893-3866 (Nanavati)
                                                    (804) 893-3861 (Hardt)
                                                    (804) 378-2610 (Facsimile)
                                                    khardt@snllaw.com
                                                    *Counsel for Branch Builds, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on the 22 day of March, 2022, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Kevin T. Streit, Esquire
SETLIFF LAW, P.C.
4940 Dominion Boulevard
Glen Allen, VA 23060
(804) 377-1260
(804) 377-1280 (Facsimile)
kstreit@setlifflaw.com
*Counsel for Pennsylvania National*
*Mutual Casualty Insurance Company*

             By:  /s/ Kenneth F. Hardt
                Kenneth F. Hardt, Esq. (VSB #23966)
                Sinnott Nuckols & Logan, P.C.
                13811 Village Mill Drive
                Midlothian, Virginia 23114
                (804) 893-3866 (Nanavati)
                (804) 893-3861 (Hardt)
                (804) 378-2610 (Facsimile)
                khardt@snllaw.com
                *Counsel for Branch Builds, Inc.*