# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) C. A. No. 3:21cv365 ) RIVER CITY ROOFING, LLC, *et al.*, ) ) Defendants. ) ) | |

## PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY'S NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that the Plaintiff, Pennsylvania National Mutual Casualty Insurance Company ("Penn National"), by counsel, cross-appeals from this Court's final order entered on April 21, 2022 (Dkt. 61), with respect to that portion of the Court's memorandum opinion (Dkt. 60) which held that Penn National could not introduce evidence showing that the alleged property damage occurred after Penn National's two insurance contracts at issue had been cancelled.

Respectfully submitted,

**PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY**

By:  SETLIFF LAW, P.C.


/s/ Kevin T. Streit
Of Counsel

Kevin T. Streit  (VSB No. 45024)
SETLIFF LAW, P.C.
4940 Dominion Boulevard
Glen Allen, Virginia 23060
(804) 377-1260
(804) 377-1280 (facsimile)

- 2 -

kstreit@setlifflaw.com
*Counsel for Pennsylvania National*
  *Mutual Casualty Insurance Company*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2022, a true copy of the foregoing was transmitted to the following via the Court's ECF system and/or directly via electronic mail:

>Kenneth F. Hardt, Esq.
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Road
Midlothian, Virginia 23114
khardt@snllaw.com
*Counsel for Branch Builds, Inc.*

>             /s/ Kevin T. Streit
Kevin T. Streit (VSB No. 45024)
SETLIFF LAW, P.C.
4940 Dominion Boulevard
Glen Allen, Virginia 23060
(804) 377-1260
(804) 377-1280 (facsimile)
kstreit@setlifflaw.com
*Counsel for Pennsylvania National Mutual
   Casualty Insurance Company*